# UNITED STATES DISTRICT COURT
## for the
MIDDLE DISTRICT TN

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:22-cr-00026 |
| Shawn J. Palmer | ) |
| Defendant | ) |
| | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/24/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

LAWRENCE ARAKAT
Printed name of defendant's attorney

_____
Judge's signature

Alistair Newbern, USMJ
Judge's printed name and title

Print     Save As...     Reset